IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAKETHA TRIANA, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFF

v.                              Case No. 4:18-cv-4109

PACKERS SANITATION SERVICES,
INC., LTD.                                                                    DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay Judicial Proceedings In Favor of Arbitration. (ECF No. 11). The Court finds that no response is necessary. The Court finds the matter ripe for consideration.

On August 28, 2018, Defendant filed a motion to compel arbitration, arguing that, pursuant to a valid arbitration agreement signed by the parties, Plaintiff should be ordered to submit to arbitration regarding her claims in this matter. (ECF No. 9). On September 13, 2018, the parties filed the instant motion under 9 U.S.C. §§ 3-4, asking the Court to stay this matter pursuant to their arbitration agreement.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' joint motion (ECF No. 11) is hereby **GRANTED**. Plaintiff's claims in this matter are hereby referred to arbitration in accordance with the parties' agreement. The matter is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision. In light of the above, Defendant's motion to compel arbitration (ECF No. 9) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 14th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge